1 SAM S. PUATHASNANON, Cal. Bar No. 198430
  E-mail: puathasnanons@sec.gov
2 GARY LEUNG, L.R. 83-2.41leave granted
  E-mail: leungg@sec.gov
3 JACOB A. REGENSTREIF, Cal. Bar No. 234734
  E-mail: regenstreifj@sec.gov
4
  Attorneys for Plaintiff
5 Securities and Exchange Commission
  Michele W. Layne, Regional Director
6 Lorraine B. Echavarria, Associate Regional Director
  John W. Berry, Regional Trial Counsel
7 5670 Wilshire Boulevard, 11th Floor
  Los Angeles, California 90036-3648
8 Telephone: (323) 965-3998
  Facsimile: (323) 965-3908
9



10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12 SECURITIES AND EXCHANGE        Case No. CV13-01629-ABC
   COMMISSION,                             LVBC4
13
              Plaintiff,           DECLARATION OF NORMAN
14                                 HANSEN
                vs.
15
16 FIRST CHOICE INVESTMENT, INC.
   ADVANCED CORPORATE
17 ENTERPRISES, INC.,
   (D/B/A A-CORP ENTERPRISES; AKA
18 ACORP DEVELOPMENT; AKA A-
   CORP INVESTMENT)
19 ALVIN R. BROWN,

20            Defendants.

21 

22

23

24

25

26

27

28

SAM S. PUATHASNANON, Cal. Bar No. 198430
E-mail: puathasnanons@sec.gov
GARY LEUNG, L.R. 83-2.41leave granted
E-mail: leungg@sec.gov
JACOB A. REGENSTREIF, Cal. Bar No. 234734
E-mail: regenstreifj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele W. Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**ORIGINAL**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>    vs.<br><br>FIRST CHOICE INVESTMENT, INC. ADVANCED CORPORATE ENTERPRISES, INC., (D/B/A A-CORP ENTERPRISES; AKA ACORP DEVELOPMENT; AKA A-CORP INVESTMENT) ALVIN R. BROWN,<br><br>      Defendants. | Case No. **CV 13 - 01629** ~ABC CVBKX<br><br>**DECLARATION OF NORMAN HANSEN** |

1                       **DECLARATION OF NORMAN HANSEN**

2         I, Norman Hansen, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

3         1.    I have personal knowledge of the following facts and would testify

4 competently thereto if called as a witness.

5         2.    I make this declaration at the request of the U.S. Securities and

6 Exchange Commission.

7         3.    I am 51 years old. I am an engineer.

8         4.    I am and at all relevant times herein have been a resident of Highland

9 Beach, Florida.

10         5.    As detailed below, I invested a total of $35,000 in the securities

11 offerings of Advanced Corporate Enterprises, Inc. ("ACorp") between December,

12 2007 and February, 2008.

13         6.    I first learned about ACorp when I received an unsolicited telephone

14 call around November, 2007 from Tony Stewart ("Stewart"), an ACorp

15 salesperson. I had never spoken to Stewart before. Stewart told me that ACorp

16 was a real estate development company and planned to go public. Stewart told me

17 that my investment would be used for new construction and remodeling of real

18 estate projects.

19         7.    In or around November, 2007, Stewart told me that once ACorp was

20 publicly traded, I could expect high returns and it would trade at a price of $10 to

21 $40. Stewart said that ACorp was a comparatively safe investment and that it was

22 well positioned to be profitable in spite of present market conditions for real estate.

23         8.    I reviewed the offering and marketing materials provided to me and

24 ACorp's website at http://www.acorpdevelopment.com (now

25 http://www.acorpenterprises.com). ACorp's website listed numerous properties

26 under ACorp's control. I also received an ACorp Executive Summary brochure

27 (the "Executive Summary") that listed six projects valued at over $266 million.

28 The Executive Summary stated that the projects were "on the books" and would

1   "come to fruition with the next 24 to 36 months" with a 37% profit margin. The
2   Executive Summary also stated that a $10,000 investment would receive a 4%
3   annual dividend guaranteed by the assets of the corporation and would have a
4   $200,000 return. A true and correct copy of the Executive Summary is attached as
5   **Exhibit 1**.

6       9.      On December 6, 2007, based on the representations made in ACorp's
7   materials and by Stewart, I invested $10,000 in ACorp and purchased 20,000
8   shares for $0.50 each.

9       10.     In or around December, 2007, Anthony Masters ("Masters") contacted
10  me about an opportunity to participate in a "re-allocation" of shares to an
11  institutional investor. Masters explained that an institutional investor would
12  receive re-allocated shares at $1.50 share.

13      11.     On December 21, 2007, based on Masters's information, I purchased
14  an additional 20,000 shares at $0.50 in order to participate in the "re-allocation."

15      12.     In or around February, 2008, Masters contacted me again. Masters
16  told me that I had to own at least 50,000 shares of ACorp in order to participate in
17  the "re-allocation." Masters also said that I should expect the "re-allocation" to
18  take place in April, 2008. Based on Masters's information, I purchased an
19  additional 30,000 shares on February 27, 2008.

20      13.     In or around the end of April, 2008, I called Masters regarding the
21  "re-allocation." Masters told me that the "re-allocation" was proceeding and
22  would occur in three to four weeks. Four weeks after our first call in April, 2008, I
23  called Masters again for an update. After leaving numerous messages for Masters,
24  he returned my call and told me that the "re-allocation" would take another three to
25  four weeks. I repeatedly called Masters throughout July and August, 2008 without
26  success.

27      14.     On August 23, 2008, Frank Joseph ("Joseph") called to tell me that he
28  would be handling my account. Joseph told me that I should not expect my

-2-

1  investment in ACorp to be liquid for two years. In response, I said that I had
2  purchased 50,000 shares based on the fact that there would be an imminent "re-
3  allocation" of those shares to an institutional investor at $1.50 share. Joseph
4  apologized for ACorp's misrepresentation regarding the "re-allocation." I asked
5  that ACorp take back the 50,000 shares purchased based on this misrepresentation,
6  but Joseph refused and offered instead to request an allocation of bonus shares,
7  which I refused.

8      15.   I continued to try to get my money back over the remaining months of
9  2008 and into 2009.

10     16.   In or around September and October, 2009, Jack Campbell
11 ("Campbell") called me to tell me that another "re-allocation" was in progress and
12 offered me an opportunity to participate. Campbell told me that the new "re-
13 allocation" would allow me to recover most of my money. Campbell said that in
14 order to participate I would have to own 100,000 ACorp shares, which meant that I
15 would have to purchase an additional 30,000 shares at a new price of $1.75 per
16 share for a total new investment of $52,500. I did not participate. A true and
17 correct copy of the letters sent to me by ACorp detailing the new "re-allocation"
18 are attached as **Exhibit 2**.

19     Executed this 25 day of January   2013 2012 in Highland Beach,
20 Florida.

21     I declare under penalty of perjury under the laws of the United States of
22 America that the foregoing is true and correct.

23
24                          _Norm Hansen_
25                          Norman Hansen
26
27
28

-3-



# A-Corp Investment

## Premier Real Estate Equity Financier, Investor and Developer



# Executive Summary



Keys to success include expanding commercial capacity, optimizing operating processes, marketing company offerings and promoting research & development. The company is led by a successful mortgage banker, who is supported by top advisors.

**Company.** Advanced Corporate Enterprises will be the premier provider of real estate equity and bridge financing, rental income properties and speculative 2-on-lot homes, for residents and businesses in Southern California. The company will be a California S corporation, with headquarters in Redondo Beach, CA.

**Services and Products.** The company will leverage the knowledge and experience of its owner and manager, by providing highly competitive equity financing, profitable investments in income-producing properties and economic development of residential apartments, commercial mixed-use space & speculative homes.

**Market.** In 2004, major U.S. trends toward equity real estate ownership and high property rental rates, particularly in population growth areas like Southern California, are projected to create expanding markets for real estate equity financing, income rental properties and speculative homes, totaling nearly $46 billion.

**Industry.** A wide range of real estate financing intermediaries, investors and developers exists, but smaller providers tend to suffer from scale limitations, while larger providers are renowned for diminished personal service. Advanced Corporate Enterprises will boast large economies of scale, without sacrificing service.

**Strategy.** Strategies for success include: expanding commercial capacity, to create synergistic business growth; optimizing key operating processes, to lower overall cost structure and to assure customer satisfaction; marketing company offerings, to maximize revenue; and promoting robust research and development.

**Implementation.** The operating plan relies upon strategic outsourcing, customer service and leveraged technology to support its real estate financing, investment and development activities. The marketing plan will include multi-channel advertising and broad customer networking, to generate sales and assure growth.

**Management.** The management team is led by a heavily experienced mortgage banker and co-founder of a successful real estate development company. He will be supported by well qualified real estate professionals, strategic outsourcing partners and an impressive array of key consultants and functional advisors.

**Risk Assessment.** Advanced Corporate Enterprises is positioned to exploit huge U.S. national and regional trends, favoring equity real estate ownership and high-quality, cost-effective rental space. Successful investor financing, sustainable demand and effective marketing are viewed as highly probable occurrences.

EXHIBIT __1__   PAGE __4__

# ADVANCED CORPORATE ENTERPRISES IS AT THE FOREFRONT OF DYNAMIC REAL ESTATE INVESTMENT

IN THE ECONOMIC ENVIRONMENT THAT WE ENJOY TODAY, REAL ESTATE IS BECOMING THE FOUNDATIONAL BENCHMARK FOR THE REALIZATION , FORMULATION AND PROJECTION OF ECONOMIC VALUE AND WEALTH FOR NOW AND FOR THE FUTURE .

THE 3 BASIC ECONOMIC VENUES FOR THE REAL ESTATE BUSINESS ARE :

1. **REAL ESTATE HOLDINGS AND THE OPERATION OF INCOME PROPERTY : i.e. R.E.I.T. COMPANIES :** *AMB Property Corporation - Alexandria Real Estate Equities, Inc. - Gladstone Commercial Corporation .*

2. **REAL ESTATE DEVELOPMENT :** *K. Hovanian Homes - KB Home Community - Centex Homes .*

3. **REAL ESTATE FINANCE :** *GMAC Mortgage Corporation - Mortgage Corporation of America - New Century Mortgage Corporation*

*A-CORP ENTERPRISES IS A REAL ESTATE COMPANY AND A REAL ESTATE INVESTMENT THAT ENCOMPASSES ALL 3 OF THE MAJOR REAL ESTATE BUSINESS ACTIVITIES. THEREFORE WE HAVE CREATED A*

### Self Perpetuating Income and Capital Appreciation Model



1. *THE BACK BONE OF THE COMPANY WILL BECOME REAL ESTATE HOLDINGS.*
2. *AT 50 TO 60% LOAN TO VALUE RATIOS, THE PROFIT FROM HOLDINGS WILL CONSTANTLY MOVE IN TO MORE REAL ESTATE DEVELOPMENT AND MORE BRIDGE AND EQUITY FINANCING.*
3. *THE PROFITS FROM EACH OF THESE DIVISIONS WILL MOVE INTO MORE REAL ESTATE HOLDINGS.*

*NEVER BEFORE DO WE HAVE SUCH A SIMPLE BUSINESS MODEL OF SELF PERPETUATING INCOME AND CAPITAL APPRECIATION.*

*WITH EACH DIVISION OPERATING EFFICIENTLY AND EFFECTIVELY, THE COMPANY WILL EXPAND AND GROW . AS THE ECONOMY GROWS OVER TIME, THE COMPANY'S REAL ESTATE HOLDINGS WILL APPRECIATE AND THE PROJECTED INTRINSIC VALUE WILL BE REALIZED IN SHARHOLDER EQUITY AND COMPANY NET WORTH.*

EXHIBIT **l** PAGE **5**



# A-Corp Investment



## Premier Real Estate Equity Financier, Investor and Developer

*The company will leverage the knowledge and experience of its owner and manager, by providing highly competitive equity financing, profitable investments in income-producing properties and economic development of residential apartments, commercial mixed-use space & speculative homes.*







### REAL ESTATE EQUITY FINANCING                    15 Points, 15% Interest

Advanced Corporate Enterprises is owned and managed, by a real estate industry veteran, who intends to leverage years of direct lending experience, by providing an array of highly competitive equity & bridge financing solutions.

♦ **Points:**  Competitively sourced loans for residential and commercial real property acquisition or development will be provided, for an origination fee.

♦ **Interest:**  Provision of short-term real estate financing, in the form of equity or bridge loans, will earn high interest rates, commensurate with the risk.

### REAL ESTATE INVESTMENTS              $1,000 - $2,000/Mo. - Unit Rentals

The company's portfolio will be enlarged by the periodic acquisition or development of high-grade, residential or commercial income-producing properties.

♦ **Residential — Apartment Rentals:**  High-caliber property management and focus on tenant satisfaction will assure low vacancy & good profitability.

♦ **Commercial — Light Industrial Rentals:**  Quick tilt-up construction will be used to build adjacent office-warehouse units that offer low-cost flex-space.

### REAL ESTATE DEVELOPMENT                              $1.3 Million/Sale

ACE Development will be relied upon for high-quality, low-cost construction of residential apartments, light industrial complexes and urban-use spec homes.

♦ **Multi-Unit Residential & Commercial Construction:**  Apartment projects will average 25 units; light office-warehouse projects will average 10 units.

♦ **Speculative Home Construction:**  Urban properties will be acquired, torn down and reconstructed, 2 per lot, as spacious, semi-subterranean homes.

**Competitive Comparison.**  A-Corp will dominate competition, by virtue of its lending capacity and special programs, offering innovative equity and bridging loan solutions; rental property management philosophy premised on maximizing tenant satisfaction and long-term opportunities for ownership conversion; and cost-effective use of tilt-up and semi-subterranean construction techniques to satisfy large development markets.

**Future Development.**  The company will eventually diversify into mortgage foreclosures, self-storage facilities, commercial high-rises, speculative land development and other targeted opportunities. across the U.S.

EXHIBIT __1__ PAGE __6__



# A-Corp Investment

**Premier Real Estate Equity Financier, Investor and Developer**



# ACORP DEVELOPMENT DIVISION

## *CURRENT RESIDENTIAL PROJECT BUILDOUT SUMMARY*

| PROJECT | SALES | PROJECT NET PRIOFIT (EBIT) |
|---|---|---|
| Lucia | $ 2,500,000 | $ 512,000 |
| Mi Casa | $ 5,940,000 | $ 2,145,000 |
| Palos Verdes | $ 3,500,000 | $ 1,562,316 |
| The Cottage | $ 22,260,000 | $ 6,910,000 |
| Ocean Highlife Estates | $ 52,500,000 | $19,013,000 |
| The Wilshire | $180,000,000 | $45,000,000 |
| | | |
| TOTALS | $266,700,000 | $75,142,000 |
| | | |
| GROSS MARGIN | 37% | |

**CORPORATE MANAGEMENT COMMENTS :**

*These are the company projects on the books and projected that will come to fruition within the next 24 to 36 months. As targeted new projects are purchased and put into the development pipeline this division will expand it's capacity and at the same time improve it's efficiency on timing and it's development phasing .*

EXHIBIT __1__ PAGE __7__



# A-Corp
# Investment

## Premier Real Estate Equity Financier, Investor and Developer



*In 2004, major U.S. trends toward equity real estate ownership and high property rental rates, particularly in population growth areas like Southern California, were projected to create markets for real estate equity financing, rental properties and speculative homes, totaling nearly $46 billion.*

**General Market Analysis.** In 2003, a record-setting $3.8 trillion in loan originations occurred, involving sales of 6.1 million existing homes and 1.1 million new homes.[5] Rental demand for affordable, multi-unit residential dwellings now represent 34% of all housing units[6] and for demand for light industrial commercial lease space exceeded 12million sq. ft. of new construction.[7] These needs are acute in high-density, urban sprawl areas like Los Angeles County, presently the largest in the U.S., with a population of over 9.8 million.

*Real Estate Financing Market.* In 2004, sales of new or existing homes in Southern California were projected to total 434,000 homes, generating $4.1 billion in mortgage loan origination fees and interest yields.[8] This market includes Los Angeles (46%), Orange (13%), Riverside (8%), San Bernardino (8%), San Diego (14%) and 5 Other Counties (11%), including Imperial, Kern, San Luis Obispo & Santa Barbara.

*Rental Income Markets.* In 2004, an estimated 2.5 million residential apartment units and 12.2 million sq. ft. of newly constructed light industrial space, in Southern California, were projected to generate $26.3 billion in real estate rental and lease income.

*Speculative Home Building Market.* In 2004, an estimated 65,000 new homes will be sold in Southern California, at a projected median sales price of $234,000, generating an estimated $15.4 billion in new home sales — L.A. County comprises 55%.



**General Industry Characteristics.** The real estate industry is highly pulverized — In 2002, California supported a brokerage and credit intermediation industry, totaling $111 billion, along with a real estate rental and lease industry, totaling $21 billion, and a real estate development industry, estimated to be $60 billion.

| KEY COMPETITOR | STRENGTHS | WEAKNESSES |
|---|---|---|
| **REAL ESTATE FINANCING**<br>Real Estate Brokers<br>Mortgage Bankers | Brokerages built on relationships; relatively informal; bankers have wider programs and more control. | Broker transactions controlled by higher intermediary; bankers risk aversion is limiting & non-personal. |
| **REAL ESTATE INVESTMENTS**<br>Real Property Owners<br>R.E. Investment Trusts | Owners focus on tenant contact and optimal property management; trusts create diversified fund pool. | Absentee landlords abound; larger property management firms can be highly impersonal & may be remote. |
| **REAL ESTATE DEVELOPMENT**<br>Residential Developers<br>Commercial Developers | Small developers have more direct involvement; larger, deep pocket firms target wide range of projects. | Scope of projects limited by funds; big projects harder to control, less flexibility, much higher overhead. |

**Competitive Edge.** A-Corp will dominate competition, by leveraging its direct lending and secondary market alliances in the equity lending industry, by focusing on residential tenant satisfaction and commercial synergies, and by developing cost-effective and innovative construction that satisfies huge urban demand.

EXHIBIT __ PAGE _8_

# STRATEGIC OBJECTIVES

The company's three-year mission is to become a leading provider of real estate financing, leasing and development, by serving residents and businesses of Southern California. Strategies for success include: (1) expanding commercial capacity, in order to create business synergies that will maximize revenue; (2) optimizing key operating processes, to lower cost structure and assure long-term customer satisfaction; (3) marketing company offerings, to generate sales and public awareness; and (4) promoting research and development of new capabilities and markets, in anticipation of broad U.S. expansion.

- ❖ **Expand Commercial Capacity:** The company will rapidly develop its potential as a real estate equity lender, and then quickly diversify into real property investment and development. Key goals include: (a) optimizing the profitability and depth of programs associated with its real estate equity and bridge financing activities, by leveraging in-house experience in real estate financing; (b) creating investment holdings, by acquiring or developing suitable, income-producing residential apartment buildings and by contracting mixed-use, office and warehouse space for commercial lease; and (c) establishing development capacity that will support construction of income-producing properties, along with redevelopment of targeted urban properties, which results in 2-on-lot, freestanding, semi-subterranean homes.

- ❖ **Optimize Operating Processes:** Profitability and customer satisfaction will be assured, by optimizing key operating processes. This will include: (a) promoting a business model that utilizes strategic supply alliances, construction financing and leveraged technology to minimize costs, while maximizing the quality of delivered services; (b) distinguished equity loan operations by offering an extensive menu of loan programs, including specialized solutions that meet a variety of residential and commercial financing requirements; (c) assuring the success of rental and leasing operations, by focusing on tenant satisfaction and promoting educational programs designed to result in tenant conversion to ownership; and (d) relying on ACE Development, with its development experience and tilt-up construction expertise, to quickly and cost-effectively build high-demand structures for targeted urban markets.

- ❖ **Market Company Offerings:** Revenues will be maximized, by comprehensively promoting the company's real estate services. The marketing campaign will include: (a) multi-channel advertising, involving print and web-based media, direct mailings and word-of-mouth testimonials; and (b) strategic networking with trade associations and customer groups, such as borrowers, renters and homebuyers.

- ❖ **Promote Research and Development:** Long-term success will depend upon robust research and development that is focused on: (a) implementing new capabilities perhaps involving foreclosures, built-to-suit, storage units, spec land, or high-rise construction; and (b) expansion into other regional markets.



# A-Corp Investment



## Premier Real Estate Equity Financier, Investor and Developer

EXHIBIT __1__ PAGE __9__

# IMPLEMENTATION

**The operating plan relies upon strategic outsourcing, customer service and leveraged technology to support its real estate financing, investment and development activities. The marketing plan will include multi-channel advertising and customer networking to generate sales and assure growth.**

**Operating Plan.** Owner evaluations have occurred, including feasibility studies and strategic planning. Some preliminary activities have evolved. In the course of historical operations, most notably the creation and successful growth of ACE Development, as a real estate development company. Other critical steps will include selection of a highly qualified property management company, cultivation of other key supply alliances, applications for equity and bridging loan underwriting support, promotion of real estate equity financing alliances and adoption of enterprise software or other technologically-leveraged solutions that will facilitate real estate financing, investment and development. Several development projects are already in-progress and it is anticipated that their entry into the company's asset portfolio will dovetail with the general business plan. Such operations including acquisition or development of residential equities or units and construction of multi-use commercial space and spec custom homes, will commence, upon the successful placement of investor commitments, anticipated to occur by January 1, 2005. Key operating processes will be periodically evaluated, to assure continual quality improvement and long-term customer satisfaction.

**Marketing Plan.** Early marketing initiatives will be undertaken to promote the company's expanding capabilities, in conjunction with a comprehensive multi-channel marketing campaign, which will include print and web-based advertising and strategic networking with key customer groups. Research and development of new capabilities and new U.S. markets into which the company can expand, will be vigorous and ongoing.



# A-Corp Investment

**emier Real Estate Equity Financier, Investor and Developer**

EXHIBIT 1   PAGE 10



# A-Corp Investment



Dear Investor,

The Forbes REIT report card clearly indicates that making money in REITs is a winner especially if you get in at the Pre IPO level at only .50 per share on the ground floor. The average new REIT has historically opened at around the $10.00 mark.

The company has a 90 million dollar real estate develpment portfolio design that they are presently moving towards 1st Phase development with the goal to be a billion dollar publicly traded company. This will be an A+ performance company according to the Forbes report based on our projections for growth.

After 4-5 years of operation the average price of the stock should be $40.00 with an 8% return as a dividend. Let's look at some examples of your expected return potential .

| INVESTMENT | PRE IPO | IPO($) | DIV% | $U.S. RETURN | FORBES 5yr Avg |
|---|---|---|---|---|---|
| $100,000 | .50 | $10.00 | 10% | 2 Million | $8 Million |
| 75,000 | .50 | $10.00 | 9% | 1.5Million | $6 Million |
| 50,000 | .50 | $10.00 | 8% | 1 Million | $4 Million |
| 25,000 | .50 | $10.00 | 7% | 500,000 | $2 Million |
| 20,000 | .50 | $10.00 | 6% | 400,000 | $1.6Million |
| 15,000 | .50 | $10.00 | 5% | 300,000 | $1.2Million |
| 10,000 | .50 | $10.00 | 4% | 200,000 | $800,000 |
| 5,000 | .50 | $10.00 | 3% | 100,000 | $400,000 |

The dividend is guaranteed by the assets of the corporation. We also have a collateral deed of trust for any major investors at the minimum investment $100,000 U.S. guaranteeing their annual return on investement .

EXHIBIT   1   PAGE   11



# ACORP
# Investment



409 N. PACIFIC COAST HWY, SUITE 700
Redondo Beach, CA 90277
PHONE 310.543.2010   FAX 310.540.3908
1-866-982-2677

# ANNUAL DIVIDEND CHART

| | | | | | | |
|---|---|---|---|---|---|---|
| **ELITE** | 250,000 | 0.50 | 12% | 500,000 | 30,000 | 530,000 |
| **PLATINUM** | 150,000 | 0.50 | 11% | 300,000 | 25,000 | 325,000 |
| **DIAMOND** | 100,000 | 0.50 | 10% | 200,000 | 20,000 | 220,000 |
| **GOLD** | 75,000 | 0.50 | 9% | 150,000 | 15,000 | 165,000 |
| **SILVER** | 50,000 | 0.50 | 8% | 100,000 | 10,000 | 110,000 |
| **BRONZE** | 25,000 | 0.50 | 7% | 50,000 | 5,000 | 55,000 |
| **NICKEL** | 20,000 | 0.50 | 6% | 40,000 | N/A | 40,000 |
| **COPPER** | 15,000 | 0.50 | 5% | 30,000 | N/A | 30,000 |
| **STEEL** | 10,000 | 0.50 | 4% | 20,000 | N/A | 20,000 |
| **IRON** | 5,000 | 0.50 | 3% | 10,000 | N/A | 10,000 |

**PREFERRED SHARES**
1 Convertible with a specified yield depending on shareholder position.
2. Convertible at the company's discretion.
3. Non par value.
4. None restricted at the time of conversion.

**WARRANT**
1. At the sole discretion of the company, Advanced Corporate Enterprises Inc. has provided all initial investors the opportunity to exercise a warrant in which they may upgrade their investment status to the Bronze shareholder position. Once upgraded, they will receive a bonus of 5,000 preferred shares as well as the annual dividend return of 8%.

2. All preferred shareholders at the BRONZE, SILVER, GOLD or PLATINUM levels may upgrade their status at anytime to receive an additional bonus preferred shares and a higher annual dividend return.

The company reserves the right to issue company shares as well as retain earnings for dividend returns.

**EXHIBIT___1  PAGE 12**



## ADVANCED CORPORATE ENTERPRISES INC.

Thursday September 24, 2009.

Attn: Mr. Norman Hanson

Please be advised that this letter is intended to provide you with a better comprehension of our Re-allocation program and how this program will affect you as a participant once you become eligible. This program allows our current investors who meet minimum eligibility requirements to participate in the Re-allocation of up to a maximum of 50% of their equity within the company; this pertains only to principle common shares. Upon enrollment the investor will have an opportunity to Re-allocate a portion of your holdings at a specified price ($1.75/share) by giving ACORP a limited power of attorney to facilitate the transaction. The current minimum requirement for eligibility is 100,000 principle holdings of common shares.

With your participation once eligible, you will be permitted to Re-allocate 50,000 shares at $1.75/share. You currently hold 70,000 principle common shares, which you paid $35,000.00 to retain. You require an additional 30,000 shares to meet minimum eligibility requirement (100,000 shares) to participate. Upon enrollment you will be able to authorize ACORP to Re-allocate up to a maximum of 50,000 shares at $1.75 which would equate to a gross yield of $87,500.

*Please note that the current price per share is $2.00/share.*

We thank you once again for your continued participation, and look forward to a future of mutual prosperity.

Sincerely,

*Tony Stewart*

Investor Relations

**EXHIBIT 2 PAGE 13**

**ACORP**
**Advanced Corporate Enterprises Inc.**



# ADVANCED CORPORATE ENTERPRISES INC.

Friday Oct 09, 2009.

Dear Mr. Norman Hanson

**REDACTED**

Please note that a voicemail message was left at phone #            on 10/2/09 at 9:30 am PST.    You might want to check with your service provider for any service disruptions.  Furthermore the follow up email was a reminder of the outstanding position regarding the portion of your warrants that were secure for you by Mr. Campbell.  In addition to further remind you that once settled, it will allow the account to meet eligibility requirements for the re-allocation program.

With respect to the quoted statement from the Subscription agreement, please rest assured that this is a generic clause that becomes null and void regarding the reallocation program.  Also please note that any and all prior arrangements can be amended and/or terminated at the discretion of the board through due process. This letter is also intended to clarify and confirm that this purchase is soley for the purposes of increasing your account to meet minimum eligibility requirements. All guidelines and parameters of the program were predetermined prior to implementation and will not or can not be changed to accommodate your request at this time.

In closing, please let us once again reiterate that this position will only be open for a limited amount of time and at the time expiration you may not have the opportunity to purchase these warrants at $1.75 nor may you be able to participate in the re-allocation program.  Please contact Jack Campbell or Investor Relations to coordinate settlement arrangements, so we may be able to process the account in a timely manner.

Sincerely,

EXHIBIT _2_  PAGE _14_

*Investor Relations*

**Advanced Corporate Enterprises Inc.**